# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY AND KAREN IRBY** | * | **CIVIL ACTION:** |
| | * | |
| | * | **JUDGE:** |
| **VERSUS** | * | |
| | * | **SECTION:** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | **MAG:** |

*************************************************************************

## LIST OF PARTIES AND COPIES OF PLEADINGS AND SERVICE

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, who hereby submits the following list of all parties to this action.

1. **Terry and Karen Irby**– plaintiffs; and

2. **State Farm Fire and Casualty Company** – defendant.

Attached hereto are copies of all pleadings, exhibits, and returns on service of process filed in State Court.

Respectfully submitted,

s/ JAMES ERIC JOHNSON
**CHARLES L. CHASSAIGNAC, IV (#20746)**
**JAMES ERIC JOHNSON (#23800)**
**BRYAN J. HAYDEL, JR. (#27500)**
**ELEANOR WALL (#29695)**
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
Telephone: (225) 383-8900
Facsimile: (225) 383-7900
E-Mail: ejohnson@phjlaw.com
*Counsel for State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ James Eric Johnson
**JAMES ERIC JOHNSON (#23800)**

909041102000

NINETEENTH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NUMBER: 582087                              DIVISION: 24 "   "

TERRY and KAREN IRBY

versus                              COST OK Amt. 424
                                            1176
STATE FARM FIRE AND CASUALTY COMPANY   AUG 3 1 2009
                                    BY_____
                                        DY CLERK OF COURT

---

PETITION FOR DAMAGES

---

   **NOW INTO COURT,** through undersigned counsel, come petitioners, **TERRY and
KAREN IRBY,** persons of the full age of majority and residents of the Parish of East Baton Rouge,
State of Louisiana, who respectfully represent that:

1

   Made defendant herein is:

   **STATE FARM FIRE AND CASUALTY COMPANY,** a foreign insurer

   licensed to do and doing business in the Parish of East Baton Rouge, State of

   Louisiana, and whose registered agent for service of process is the Louisiana

   Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

   On or about September 1, 2008, a hurricane assigned the name "Gustav" by the National

Hurricane Center of the National Oceanic and Atmospheric Administration passed through the East

Baton Rouge Parish area. Hurricane Gustav's winds caused damage to petitioners' home located

at 912 Steele Boulevard, Baton Rouge, Louisiana 70806, which is located within the jurisdiction of

this Honorable Court.

3.

   At all material times hereto, including on or about September 1, 2008, petitioners' home

located at 912 Steele Boulevard, Baton Rouge, Louisiana 70806, was insured under a homeowners

insurance policy with defendant, **STATE FARM FIRE AND CASUALTY COMPANY,** Policy

REC'D C.P.

No. 18-C1-6960-6, which provided coverage for, among other things, damages or loss caused by wind and/or rain.

4.

On or about September 1, 2008, petitioners' home located at 912 Steele Boulevard, Baton Rouge, Louisiana 70806, suffered damages due to wind, rain and/or other perils covered by their insurance policy with defendant as a result of Hurricane Gustav. More specifically, the wind force of Hurricane Gustav caused two large pecan tree's to fall on petitioner's home. One such tree fell on the east side of petitioner's home resulting in not only exterior damage to the east side, but what is believed to be structural damage to the home as well.

5.

Petitioners promptly notified defendant of their loss in early September of 2008, and took all reasonable precautions to prevent any further damage to their home. Petitioners complied with all terms and conditions of their insurance contract.

6.

Defendant sent an adjuster to petitioner's home to inspect the damage sometime in late September or early October of 2008. Defendant, on October 18, 2008, sent petitioners an itemization and estimate (Summary of Loss) for the damage's sustained by petitioners home in the amount of twenty five thousand two hundred thirty-two dollars and ninety cents ($25,232.90), less depreciation of four thousand seven hundred ninety-four dollars and eighty cents ($4,794.80), less a deductible of six thousand five hundred seventy dollars and no cents ($6,570.00), for a total payable amount of thirteen thousand eight hundred sixty-eight dollars and ten cents ($13,868.10).

7.

Defendant's Summary of Loss did not contain a valuation for the structural damage to the west side of petitioner's home. However, in addition to numerous other covered losses, defendant's estimate included:

    A.    The removal and replacement of the 1,639.70 square foot corrugated fiberglass pool cover. Defendant's Xactimate estimate provided a replacement cost value in the amount of four thousand fifty dollars and six cents ($4,050.06) for the removal and replacement of said pool cover.

    B.    The removal and replacement of a 30" X 30" attic vent or louvre. The estimate provided a replacement cost value in the amount of ninety-two dollars and seventy

cents ($92.70) for the removal and replacement of said attic vent or louvre.

8.

Petitioner's architect, H. Freddie Boothe, Jr., contacted defendant's via telephone on November 18, 2008, and again on November 20, 2008, in an attempt to address the failure of defendant's Summary of Loss of October 18, 2008 to address the structural damage sustained by petitioner's home. Defendant's did not respond to Mr. Boothe's inquiry.

9.

On December 9, 2008, petitioner's, via facsimile and overnight mail, sent defendant correspondence and photographs rejecting defendant's previous Summary of Loss. Petitioner's provided defendant with the following: (See Exhibit 1.)

A.    Invoices for the removal of the two tree's that fell on petitioner's home;

B.    A proposal by J.D. Busby in the amount of eighteen thousand two hundred dollars ($18,200.00) for the removal and replacement of the corrugated fiberglass pool cover.

C.    Photograph's and correspondence clearly showing that the attic vent or louvre was actually 12' 8" X 3' in a triangular configuration, not 30" X 30" as previously stated in defendant's October 18, 2008 itemization and estimate (Summary of Loss).

D.    A report by Mr. Boothe dated December 8, 2008 which included: visual structural damage to the home, a request for approval from defendant to allow Mr. Boothe to open adjacent interior walls in order to properly assess the extent of the structural damage sustained by the home (both visually and with use of scientific measuring instruments to determine plumbness of the vertical walls in the effected areas), an estimate for damage far exceeding defendant's previous summary of loss, a recommendation that petitioner's not proceed with repairs, and a recommendation to put defendant's on notice of the above and for petitioner's to request a re-inspection.

In accordance with Mr. Boothe's recommendation and petitioner's obligation's under their policy with defendant, the above was submitted by petitioner's to defendant.

10.

On or about December 19, 2009, defendant sent a subsequent Summary of Loss dated December 15, 2009, and check in the amount of fourteen thousand eight hundred sixteen dollars and seventy-eight cents ($14,816.78) representing the previous amount paid by petitioner's for tree

909041102003

removal. This subsequent summary of loss still included the previous estimates for the removal and replacement of the corrugated pool cover and the attic vent or louvre.

11.

On January 26, 2009, at the request of defendant's who were unhappy with the original estimate to replace the pool cover, petitioner's sent two proposal's (an original and a more detailed estimate) from Randy Kelly of Special Projects in the amount of sixteen thousand five hundred and sixty dollars ($16,560.00) to remove and replace the corrugated fiberglass pool cover. Additionally, petitioner's sent an estimate for the fabrication (River City Metal Fabrication, LLC) and installation (Hodges Service Corporation) of the 12' 8" attic vent or louvre for a combined estimate of the combined total of three thousand one hundred and eight dollars and sixty-five cents ($3,108.65). (See Exhibit 2.)

12.

In accordance with petitioner's obligation under their policy with defendant, petitioner's notified defendant on at least two separate occasions in writing that the summary of loss provided by defendant was woefully inadequate to repair the damaged pool cover and attic vent or louvre. (See Exhibit 3, 3rd to last paragraph)

13.

On August 18, 2009, petitioner's sent correspondence via facsimile including all estimate's for the pool cover, the estimate to replace the attic vent or louvre, and an additional copy of Mr. Boothe's letter dated December 9, 2008. Defendant then contacted petitioner's informing them that Defendant would only come out for one more inspection, and that Defendant had not been in contact with petitioner's for approximately the last six month's because they were awaiting an estimate from Mr. Boothe as to the structural damage. Defendant's excuse is completely contrary to their obligation to petitioner's. Petitioner's could not be sure that the structural damage was or was not a covered loss, hence petitioner's request to defendant on December 9, 2008, for a subsequent inspection. (See Exhibit's 4. and 5; paragraph one, second sentence)

14.

Petitioners have facilitated all necessary inspections by adjusters and/or professional engineers hired by defendant, and have fully cooperated under the terms of their insurance contract with defendant.

909041102004

15.

Defendant, **STATE FARM FIRE AND CASUALTY COMPANY'S**, arbitrary and capricious behavior in failing to pay for damage to petitioners' home within thirty days after receipt of satisfactory proof of loss and demand, and/or for failing to make a written offer to settle any property damage claim within thirty days after receipt of satisfactory proof of loss of that claim, has violated La. R. S. 22:1973, rendering it liable for general damages, special damages, and penalties. Additionally, defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, has violated La. R.S. 22:1892, rendering it liable for statutory penalties and attorney's fees.

16.

Defendant's failure to pay all amounts owed for damage to petitioners' home, within the applicable statutory delays, has caused petitioners to suffer additional damages, including inconvenience and mental pain and anguish.

17.

In the event defendant, **STATE FARM FIRE AND CASUALTY COMPANY,** is found to be arbitrary and capricious in failing to pay in full the damages to petitioners' home after receipt of satisfactory proof of loss, within the delays provided by law, then petitioners are entitled to recover from defendant under La. R.S. 22:1892 and/or La. R.S. 22:1973, damages, penalties, attorney's fees, and/or any other relief provided for therein.

**WHEREFORE,** petitioners, **TERRY & KAREN IRBY,** pray that defendant, **STATE FARM FIRE AND CASUALTY COMPANY,** be served with a copy of this Petition for Damages and be cited to appear and answer same and that, after appropriate legal delays, there be judgment herein in favor of petitioners and against defendant in a just and reasonable amount to compensate them fully and completely for all of the damages and losses to their home covered under their homeowner's insurance policy with defendant, and for all relief provided for under La. R.S. 22:1892 and/or La. R.S. 22:1973, for legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

**KLEINPETER & SCHWARTZBERG, LLC**
619 Jefferson Highway, Suite 2H
Baton Rouge, Louisiana 70806
Telephone: (225) 926-4130
Facsimile: (225) 929-9817

By: _____

      **Kristopher R. Kahao**, La. Bar #31804

**PLEASE WITHHOLD SERVICE AT THIS TIME.**

CERTIFIED TRUE COPY

156848

DEPUTY CLERK OF COURT

19TH JUDICIAL DISTRICT
EAST BATON ROUGE PARISH
FILED

2009 AUG 31 PM 5:32

DOUG WELBORN
CLERK OF COURT E.B.R PARISH

**CERTIFIED
TRUE COPY**

JAN 0 4 2010

BY _____
DEPUTY CLERK

909041103000



EXHIBIT
1

**TERRY M. IRBY**
**ATTORNEY AT LAW**
714 Carol Marie Drive
Baton Rouge, Louisiana 70806
(225)921-6466

*Faxed 12-9-08 with attachment*

A Professional Law Corporation      Facsimile: (225)383-6177

## FAX SHEET + Overnight mail
*12-9-08*

DATE: *12-09-08*

TO: *State Farm Catastrophe Services*

COMPANY: *Claim # 18-R666-380*

FAX NO. *877-732-6556*

COMMENTS: *Attached are the invoices for the tree removal and pool cover replacement. (Photo's to follow)*

FROM: *You can see that the Attic vent*

PHONE NO. *gable end mentioned on page 6*

FAX. NO. *of the Original summary of loss is*

PAGES SENT *not 30" x 30" from the photos, it*
*actually measures 12' 8" wide by*
*3 ft. tall in a triangle configuration*

*7*

*I also put you on notice that I reject the original summary of loss and request that another appraisal be made with my architect and myself present based on letter attached. I also object to the applied "disaster deductible" as I never received any notice of change in my original deductible.*

*Thank you*

**State Farm Insurance**

IRBY, TERRY

10/18/2008

CONTINUED - POOL COVER R

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Remove Corrugated fiberglass roofing (greenhouse type) | 1,639.70 SF | 0.33 | 541.10 | 216.44 | 324.66 |
| Corrugated fiberglass roofing (greenhouse type) | 1,639.70 SF | 2.14 D | 3,508.96 | 1,403.58 | 2,105.38 |

Room Totals: **POOL COVER R** — 4,050.06 | 1,620.02 | 2,430.04

Area Totals: Main Level

891.91 Exterior Wall Area
7,450.32 Surface Area           74.50 Number of Squares           632.83 Total Perimeter Length
251.04 Total Ridge Length

Area Items Total: Main Level                    13,733.58 | 3,798.98 | 9,934.60

Exterior/General

Room: Front Elevation

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Shutters - simulated wood (polystyrene) - Large | 1.00 EA | 87.33 | 87.33 | 17.47 | 69.86 |
| R&R Attic vent - gable end - metal - 30" x 30" | 1.00 EA | 92.70 | 92.70 | 18.54 | 74.16 |
| R&R Fascia - 1" x 6" - #2 pine | 19.83 LF | 3.90 | 77.34 | 7.74 | 69.60 |
| Prime & paint exterior fascia - wood, 4"- 6" wide | 39.66 LF | 1.07 | 42.44 | 8.49 | 33.95 |
| R&R Soffit - wood | 19.83 SF | 3.59 | 71.19 | 7.12 | 64.07 |
| Prime & paint exterior soffit - wood | 39.66 SF | 1.40 | 55.52 | 11.10 | 44.42 |
| R&R Corner trim | 19.83 LF | 1.53 | 30.34 | 3.04 | 27.30 |
| Paint corner trim | 39.66 LF | 0.62 | 24.59 | 4.92 | 19.67 |

18-R666-380

Page: 6

909041103002

**Proposal**

# J.D. BUSBY

25660 John L. Lane
Denham Springs, LA 70726
(225) 664-9506

*1st Estimate*
*Pool Cover*

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| Mr IRby | | 12-9-08 |

| STREET | JOB NAME |
|---|---|
| 912 Stubble Blvd | |

| CITY, STATE and ZIP CODE | JOB LOCATION |
|---|---|
| | |

| ARCHITECT | DATE OF PLANS | JOB PHONE |
|---|---|---|
| | | |

We hereby submit specifications and estimates for:

Remove Fiberglass roof from Pool roof
Reinstall with 16 gh Heavy Fiberglass roof with
metal ridge cap

Labor & material      18200⁰⁰

**We Propose** hereby to furnish material and labor — complete in accordance with above specifications, for the sum of:

upon completion dollars ($ 18,200⁰⁰ ).

Payment to be made as follows:

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

Authorized Signature _____

Note: This proposal may be withdrawn by us if not accepted within _____ days.

**Acceptance of Proposal** — The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: ___12-9-08___

Signature _____

Signature _____

809041103003



**H. FREDDIE BOOTHE, JR., ARCHITECT**

78594 FAUCHEUX ROAD
FOLSOM, LOUISIANA 70437
TEL 504-473-9502

STATE OF LOUISIANA LIC. No.2206

December 8, 2008

Terry Irby
912Steele Blvd.
Baton Rouge, Louisiana

Subject:     Residence on Steele Blvd. Baton Rouge

Mr. Irby,

After extensive analysis of the subject property the evidence found reveals damage beyond the degree reflected in the estimate conducted earlier by the insurance adjuster and myself. The force applied by the falling tree placed a lateral force on the upper structure of the building (the roof framing). This force was absorbed by the supporting walls and some of the damaged has surfaced in the vertical walls which support the roof structure as well as cracking the masonry at all fenestrations on all building facades.   A visual inspection reveals serious damage to the wall structure on the west facade, i.e. the exterior wall of the west bathroom. To properly determine the depth of the damage on southern and northern walls, interior walls immediately adjacent to the failed wall at the bathroom it is necessary to open the walls to secure visual inspections of these areas.   Scientific data taken with measuring instruments will determine the plumbness of the vertical walls in the effected areas.

Permission to open some walls should be requested from the insurance company to ascertain coverage of this work.  At this time I can only estimate the damage to be in excess of One hundred forty six thousand ($146,000.00) dollars, an amount which is much greater than the estimate of the investigating adjuster.  I would not suggest proceeding with the repair work at this time and/or accepting the adjuster's report as final.

I suggest placing the insurance company on notice of such a pending claim and requesting another visit by the adjuster to meet at the site and discuss the parameters of this pending claim.

With regret,

Thank you,
H. Freddie Boothe, Jr., Architect

909041103004

EXHIBIT

2

**TERRY M. IRBY**
**ATTORNEY AT LAW**
714 Carol Marie Drive
Baton Rouge, Louisiana 70806
(225)921-6466

A Professional Law Corporation                    Facsimile: (225)383-6177

## FAX SHEET

DATE: *1-26-09*

TO: *State Farm Catastrophe Services*

COMPANY: _____

FAX NO. *877 - 732 - 6556*

COMMENTS: *1 Estimate on Fabricating and installed Gable Roof Vent Louver (Photos in File)*

FROM: *2 New Estimate on Pool Cover.*

PHONE NO. _____

FAX. NO. _____

PAGES SENT *4*

*Claim # 18Rbbb-380*

909041103005



# RIVER CITY
## METAL FABRICATION LLC

Terry Irby

Dear Mr. Irby,                    _9%_

We quote the price of $2,000.00 plus tax, to fabricate 1- Louver as per your sample.
Delivery (FOB) can be made in 2-weeks.

Sincerely,

Richard White
River City Metal Fabrication, LLC

*Galvanized*
*Roof Gable Vent*

*3 ft*

*12 ft 8 "*

*Claim #18-R666-380*

2355 North Foster Drive, Baton Rouge, LA 70806
Phone: 225-706-0777 — Fax: 225-706-0780
email iea@rcmetalfab.com

## WE HAVE CNC PLASMA, CNC PUNCH AND WATER JET CAPABILITIES!

909041103006

## HODGES SERVICE CORPORATION
### P O BOX 69
### DENHAN SPRINGS, LA. 70727

### INSTALLATION QUOTE

TO: Terry Irby
    912 Steele Blvd.
    Baton Rouge, La. 70806
    225-921-6466

Dear Sir,

Please review and contact in regards to the following quote:

We will pick-up, prepare louver (supplied by others), prime, paint, and install on the house, including scaffolding, labor and materials.

Total.......................................$928.65USD

Also, we require 50% non-refundable deposit before start.

Thanks,

Miles Hodges
225-937-6644

Claim#
18R666-380

909041103007

# Proposal

*2nd Estimate*
*Pool Cover*

**SPECIAL PROJECTS**
18835 Bay S⸻ Dr.
Denham Spring⸻, LA 70726
(225) 413-5880
**RANDY KELLEY**

| Proposal Submitted To | Job Name | Job # |
|---|---|---|
| Terry Irby | | |

| Address | Job Location |
|---|---|
| 912 Steele Blvd. | |
| B. R. LA. | |

| | | Date | Date of Plans |
|---|---|---|---|
| | | 1/16/09 | |

| Phone # | Fax # | Architect |
|---|---|---|
| 921-6466 | 383-6177 | |

We hereby submit specifications and estimates for:

R&R Pool Covering using Clear Fiberglass R panel
Panels are Approx. 38" wide 16' long, 36" coverage
Approx. 20 lbs self tapping rubber gasket screws
66 panels will be used for installation
Dump & All Debris To be Hauled away from job site
metal Ridge cap to be used
Gables are included to match new product

Pool Cover w/4ft Pitch Mater Labor    $16,560.⁰⁰

59'4"        27'2"        Ratters on hand —

We propose hereby to furnish material and labor -- complete in accordance with the above specifications for the sum of:

$ _____ Dollars

with payments to be made as follows: _____

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted *Randy Kelley*

Note — this proposal may be withdrawn by us if not accepted within _____ days.

## Acceptance of Proposal

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

Date of Acceptance    1-16-09    Signature _____

Claim # 18R 666-380

# Proposal

Page # _____ of _____ pages

3rd Estimate
Pool Cover

**SPECIAL PROJECTS**
18835 Bay Side Dr.
Denham Springs, LA 70726
(225) 413-5880
**RANDY KELLEY**

Claim # 18RC66380

| Proposal Submitted To: Terry Irby | Job Name | Job # |
|---|---|---|
| Address 912 Steele Blvd. | Job Location 877-732-6556 | |
| BR LA. | Date 2/5/09 | Date of Plans |
| Phone 921-6466 | Fax # 383-6177 | Architect |

We hereby submit specifications and estimates for:

Scaffold & walk boards to be set up to do pool
Roof, netting to be installed

|  |  |
|---|---|
| Cost of set up & Tear Down | 2785 00 |
| Cost of Material – | 6280 00 |
| Demo – | 2450 00 |
| Labor on installation | 5045 00 |
| Total | 16560 00 |

We propose hereby to furnish material and labor — complete in accordance with the above specifications for the sum of:

$ _____ Dollars

with payments to be made as follows: _____

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted _Randy Kelley_

Note -- this proposal may be withdrawn by us if not accepted within _____ days.

## Acceptance of Proposal

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

Date of Acceptance 2-5-09    Signature _____

NC3819


**EXHIBIT**

**3**

To:  Name:        IRBY, TERRY
     Address:     912 STEELE BLVD
     City:        BATON ROUGE
     State/Zip:   LA, 70806-6929

Insured:        IRBY, TERRY                  Claim Number:   18-R666-380
Date of Loss:   9/1/2008                     Cause of Loss:  HURRICANE

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1.   Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2.   Notify us within 30 days after the work has been completed.

3.   Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is **$39,706.33**. The enclosed claim payment to you of $ **28,498.89** is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is **$4,637.44**.

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim representative prior to beginning repairs.

All policy provisions apply to your claim.

**Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.**

# TERRY M. IRBY
**Attorney at Law**
**714 Carol Marie Drive**
**Baton Rouge, Louisiana 70806**
**(225) 921-6466**

A Professional Law Corporation        **Facsimile: (225) 383-6177**

## FAX TRANSMITTAL COVER SHEET

Date: _8-18-09_

### PLEASE DELIVER THIS MESSAGE AND THE ACCOMPANYING MATERIAL TO:

ATTENTION: _Wendy_

Firm/Company: _Debra Tarter - State Farm_

Facsimile No.: _334-9129_

Your File No.: _____

Total Number of Pages (Including Cover Page): _10_

### CONFIDENTIALITY NOTICE:

The accompanying facsimile is intended solely for the use of the recipient designated above. Documents transmitted herewith may contain information which is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you received this facsimile in error, please notify sender immediately by telephone at (225) 921-6466.

REMARKS: _Pool Cover + Roof_
_Gable Louvere and_
_Architects letter - Haven't_
_heard from State Farm in over_
_6 months. Thanks_
_Terry_

EXHIBIT
4

908041103011

**State Farm Insurance**

IRBY, TERRY

12/12/2008 6:24 PM

# Structural Damage Claim Policy

EXHIBIT
5

When you have a covered structural damage claim to your real property, you should know:

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit or whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning repairs.

- State Farm cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim please contact your claim representative immediately.

18-R666-380

Page: 1

812080160000

# Kleinpeter & Schwartzberg, L.L.C.

Robert E. Kleinpeter
Alan L. Schwartzberg
Yigal Bander
Kristopher R. Kahao
Robert N. Ray

**Of Counsel:**
Jay G. McMains

**Writer's e-mail:**
krisk@ksbrlaw.com

November 25, 2009

**HAND-DELIVERED**
Clerk of Court
19th Judicial District Court
Parish of East Baton Rouge
P. O. Box 1991
Baton Rouge, LA 70821

*[stamp: POSTED NOV 30 2009]*

*[handwritten stamp: COST OK TO Amt. 105— √ # 12164 NOV 25 2009 BY MK DY. CLERK OF COURT]*

RE: **Terry and Karen Irby**
   **v. State Farm Fire and Casualty Company**
   **Suit No. 582,087 - Section "24" - 19th JDC**
   **K&S File: 90259**

Dear Sir/Madam:

Please consider this letter a formal request to issue service of the original Petition for Damages in the above matter to defendant, State Farm Fire and Casualty Company as follows:

State Farm Fire and Casualty Company
Through its registered agent for service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Enclosed please find our check in the sum of $105.00 representing the cost associated therewith. Should you have any questions or need additional information, please do not hesitate to contact my office.

With kindest regards, I remain

Sincerely,

**KLEINPETER & SCHWARTZBERG, LLC**

Kristopher R. Kahao

KRK:ds
Enclosure

*[stamp: REC'D CP DEC 01 2009]*

619 Jefferson Highway • Suite 2H • Baton Rouge, Louisiana 70806 • (225) 926-4130 • fax (225) 929-9817
www.kleinpeter-schwartzberg.com

2424-09-904971

# CITATION

TERRY IRBY, ET AL
(Plaintiff)

NUMBER  C582987 SECTION 24

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

STATE FARM FIRE & CASUALTY
COMPANY
(Defendant)

STATE OF LOUISIANA

TO:   STATE FARM FIRE & CASUALTY COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 07-DEC-2009.

SHARON ZITO,  Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: KRISTOPHER R KARAO

Also attached are the following documents:
PETITION FOR DAMAGES

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____, served on the above named party as follows:

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:  After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED:  Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:      $_____
MILEAGE       $_____           _____
TOTAL:        $_____                   Deputy Sheriff
                                        Parish of East Baton Rouge

CITATION—2424

**A TRUE COPY**

JAN 0 4 2010

DY. CLERK OF COURT